B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A123 Securities Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **42-1655388** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 West Street**<br>**Waltham, MA**<br>ZIP CODE 02451 | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Middlesex County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☒ Chapter 11     Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **A123 Securities Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:  **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location Where Filed:  **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Addendum Attached Hereto** | Case Number: **As assigned** | Date Filed: **Same** |
| District: **District of Delaware** | Relationship: **Affiliate** | Judge: **As assigned** |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)
Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>A123 Securities Corporation |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X _____
(Signature of Foreign Representative)

X _____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X ~~*[signature]*~~
Signature of Attorney for Debtor(s)

Mark D. Collins (No. 2981)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

and

D. J. Baker
Caroline A. Reckler
Adam S. Ravin
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*October 16, 2012*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~*[signature]*~~
Signature of Authorized Individual
David Vieau
President and CEO
*October 16, 2012*
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

049887-0029

## Addendum to the Voluntary Petition

Pending Bankruptcy Cases Filed by any Spouse, Partner or Affiliate of this Debtor

On the date hereof, each of the affiliated entities listed below (including the Debtor in this Chapter 11 case) filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. Contemporaneously with the filing of their petitions, these entities file a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their Chapter 11 cases.

**A123 Systems, Inc.**
200 West Street, Waltham, Massachusetts, 02451

**A123 Securities Corporation**
200 West Street, Waltham, Massachusetts, 02451

**Grid Storage Holdings LLC**
200 West Street, Waltham, Massachusetts, 02451

### RESOLUTIONS ADOPTED BY
### WRITTEN CONSENT OF THE BOARD OF DIRECTORS
### OF A123 SECURITIES CORPORATION

October 15, 2012

The undersigned, being the sole member of the board of directors (the "**Board of Directors**") of A123 Securities Corporation (the "**Company**"), hereby consents in writing, pursuant to the provisions of applicable law, to taking the following actions and adopting the following resolutions:

### Voluntary Petition Under the Provisions of Chapter 11 of the Bankruptcy Code

**RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the "**Authorized Person**" (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that the Company is authorized to seek to have its Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by its affiliates under Chapter 11 of the Bankruptcy Code (the Chapter 11 Case together with such other separate cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers; and to take any and all actions which the Authorized Person deems necessary or appropriate; in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Richards, Layton & Finger, P.A. to act as attorneys, Lazard Frères & Co. LLC to act as financial advisors, Alvarez & Marsal to act

as restructuring advisors and Logan & Company, Inc. to act as claims and noticing agent for the Company in connection with the Chapter 11 Cases; and it is further

RESOLVED, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

RESOLVED, that the Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all costs, fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Cases or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that any and all actions, whether previously or subsequently taken by the Authorized Person or any other person authorized to act by the Authorized Person, which are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

RESOLVED, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include the Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, President, General Counsel, Executive Vice President, Treasurer, Secretary, Chief Restructuring Officer or such other officers of the Company as the Board of Directors may designate.

## Asset Purchase Agreement

WHEREAS, A123 Systems, Inc., a Delaware corporation, has negotiated an asset purchase agreement with Johnson Controls, Inc., a Wisconsin corporation ("**JCI**") and any other persons designated by JCI prior to the closing under the purchase agreement (collectively, the "**Purchaser**");

WHEREAS, the Board of Directors has been apprised of the material terms of the Asset Purchase Agreement (the "**Purchase Agreement**") that is proposed to be entered into among A123 Systems, Inc., certain of its subsidiaries, including the

Company (collectively, "**A123**") and the Purchaser, pursuant to which, among other things, A123 shall transfer to the Purchaser all of the Acquired Assets (as defined in the Purchase Agreement) (the "**Asset Sale**"); and

**WHEREAS**, the Board of Directors has determined it to be advisable and fair to, and in the best interests of, the Company, its affiliates, creditors, stockholders and other interested parties, to execute and deliver the Purchase Agreement and to consummate the Asset Sale and the other transactions contemplated thereby; subject, however, to such procedures and approvals as may be required by the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the execution, delivery and performance by A123 of the Purchase Agreement and the consummation of the Asset Sale and the other transactions contemplated thereby shall be, and they hereby are, authorized, adopted and approved for all purposes and in all respects; subject, however, to such procedures and approvals as may be required by the Bankruptcy Code; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and directed to execute and verify said Purchase Agreement, in such form and at such time as the Authorized Person executing said Purchase Agreement shall determine; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and directed, on behalf of and in the name of the Company or any of its affiliates, to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings (together with the Purchase Agreement, collectively, the "**Transaction Documents**"), as in their judgment, shall be necessary, appropriate or advisable to effect the transactions contemplated by the Transaction Documents, in each case together with such changes thereto as the Authorized Persons, after consultation with counsel, shall deem necessary, appropriate or advisable, consistent with the purpose and intent of the foregoing resolution; subject, however, to such procedures and approvals as may be required by the Bankruptcy Code.

**Postpetition Financing**

RESOLVED, that the obtaining of senior secured postpetition financing by A123 Systems, Inc., and the unconditional guaranteeing, jointly and severally, of A123 Systems, Inc.'s obligations in respect of such senior secured postpetition financing by the Company, Grid Storage Holdings LLC, A123 Systems Korea Co., Ltd., A123 Systems (China) Materials Co., A123 Systems (Zhenjiang) Co., Ltd., A123 Systems GmbH, and A123 Systems Hong Kong Ltd., consisting of a $72.5 million debtor-in-possession financing loan (the "**DIP Loan**") from Johnson Controls, Inc. (the "**Postpetition Lender**") to A123 Systems, Inc., be, and it hereby is, authorized and approved for all purposes and in all respects; subject, however, to such approvals as may be required by the Bankruptcy Code; and it is further

RESOLVED, that each Authorized Person be, and hereby is, authorized and directed, with full power of delegation, in the name and on behalf of the Company, to negotiate, document, execute, deliver and otherwise take any and all actions necessary or appropriate for A123 Systems, Inc. to obtain senior secured postpetition financing from the Postpetition Lender consisting of the DIP Loan, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by such Authorized Person; subject, however, to such approvals as may be required by the Bankruptcy Code; and it is further

**General Authorizations**

RESOLVED, that each Authorized Person be, and hereby is, authorized and directed, with full power of delegation, in the name and on behalf of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Transaction Documents, Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers or other professionals and to take any and all actions that such Authorized Persons deem necessary or proper in connection with the Chapter 11 Cases, with the Asset Sale or with the DIP Loan contemplated hereby.

**IN WITNESS WHEREOF,** the undersigned, constituting the sole member of the Board of Directors of the Company, has executed these Resolutions Adopted by Written Consent of the Board of Directors of A123 Securities Corporation as of October 15, 2012.

_____

David Vieau

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| A123 Securities Corporation, | : | Case No. 12-_____  (_____) |
| | : | |
| Debtor. | : | [Tax ID 42-1655388] |

------------------------------------------------------------ x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against the above-captioned debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "**Debtors**").[1]  This list has been prepared on a consolidated basis from the Debtors' unaudited books and records as of October 15, 2012.

This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases.  This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. Section 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.  The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

| Creditor Rank (1 through 40) | Name of Creditor and Complete Mailing Address, including Zip | Name, Telephone Number, and Complete Mailing Address of Employee, Agent or Department of Creditor Familiar with Claim | Nature of Claim (Trade Debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent, Disputed, Unliquidated or subject to setoff | Amount of Claim |
|---|---|---|---|---|---|
| 1 | US BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: RICK BARNES, VP 21 SOUTH STREET MORRISTOWN, NJ 07960 TEL:  973-898-7161 FAX: 973-682-4540 EMAIL: RICHARD.DAVIS@USBANK.COM | Notes | | 142,807,430 |

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: A123 Systems, Inc. (3876); A123 Securities Corporation (5388); and Grid Storage Holdings LLC (N/A).

| 2 | HUDSON BAY CAPITAL MANAGEMENT LP | ATTENTION: YOAV ROTH, GEORGE ANTONOPOLOUS 777 THIRD AVENUE, 30TH FLOOR NEW YORK, NY 10017 PHONE: 212-571-1244 FAX: 646-214-7946 EMAIL: INVESTMENTS@HUDSON BAYCAPITAL.COM | PIPE Convertible Notes | | 2,759,789 |
| 3 | JABIL CIRCUIT INC | ATTN: TIMOTHY L. MAIN, PRESIDENT/CEO 10560 DR. MLK JR. NORTH STREET ST. PETERSBURG, FL 33716 TEL: 727-577-9749 FAX: 727-579-8529 | Trade Payable | | 1,710,280 |
| 4 | HYDRO QUEBEC | ATTN: THIERRY VANDAL, PRESIDENT/CEO 75, BOULEVARD RENE-LEVESQUE OUEST 20TH FLOOR MONTREAL, PQ H2Z 1A4 CANADA TEL: 514-289-2211 FAX: 514-289-5440 EMAIL: VANDAL.THIERRY@HYD RO.QC. CA | Settlement | Unliquidated | 1,500,000 |
| 5 | BOSTON PLASTICS (SHANGHAI) CO LTD | ATTN: BERNARD C.W. PEH, DIRECTOR FACTORY 3 NO. 688, SHUANGBAI ROAD MINHANG DISTRICT SHANGHAI, 201108 CHINA TEL: 011-86 21 643-41811 FAX: 011-86 21 643-41830 | Trade Payable | | 925,895 |
| 6 | KUREHA AMERICA, INC. | ATTN: YUTAKA KOBAYASHI, PRESIDENT & CEO 420 LEXINGTON AVENUE SUITE 2510 NEW YORK, NY 10170-0161 TEL: 212-867-7040 FAX: 212-953-0025 | Trade Payable | | 575,888 |
| 7 | LIMBACH COMPANY LCC | ATTN: CHARLIE BACON, CHAIRMAN, CEO 31-35TH STREET PITTSBURGH, PA 15201 TEL: 412-359-2100 FAX: 412-359-2248 | Trade Payable | | 570,232 |
| 8 | DYNAPOWER COMPANY LLC | ATTN: ADAM KNUDSEN, COO 85 MEADOWLAND DR, SOUTH BURLINGTON, VT 05403 TEL: 802-652-1320 FAX: 802-652-1386 EMAIL: AKNUDSEN@DYNAPOW ER.COM | Trade Payable | | 569,429 |

| 9 | SHANGHAI XINPENG METAL PRODUCTS CO., LTD | ATTN: CHANGCHUN XIAO, PRESIDENT & DIRECTOR NO. 1698 HUALONG RD HUAXIN TOWN, QINGPU DISTRICT HUAXIN COUNTY SHANGHAI, 201708 CHINA TEL: 011-86-21-311-66512 FAX: 011-86-21-311-66513 | Trade Payable | | 349,408 |
| 10 | ALCONIX USA INC | ATTN: JUNICHI KITAGAKI, PRESIDENT 32100 SOLON ROAD, SUITE 102 CLEVELAND, OH 44139 TEL: 440-349-1115 FAX: 440-248-4365 | Trade Payable | | 343,012 |
| 11 | ABB Inc. | ATTN: JOSEPH M. HOGAN, CEO CITYPORT AFFOLTERNSTRASSE 44 POSTFACH 8131 ZUERICH, 8050 SWITZERLAND TEL: 011-41-43-3177111 FAX: 011-41-43-3174420 | Trade Payable | | 340,800 |
| 12 | UMTEK | ATTN: YOON YOO, PRESIDENT NO. 201 COMED BUILDING GYEONGGI-DO, SUWON-SI KWANSUN-GU, KOSAEK-DONG, 954 KOREA, REPUBLIC OF TEL: 031-278-3556 FAX: 031-278-3554 | Trade Payable | | 306,000 |
| 13 | SWITCHGEAR POWER SYSTEMS LLC | ATTN: GREG SHALLBETTER, PRESIDENT & CEO 202 W. ENTERPRISE ROAD WINNECONNE, WI 54986 TEL: 920-582-7277 FAX: 920-582-7270 EMAIL: GSHALLBETTER@SWITCHGEARPOWER.COM | Trade Payable | | 290,194 |
| 14 | SOULBRAIN MICHIGAN | ATTN: ALLEN IBARA, CEO 47050 FIVE MILE ROAD NORTHVILLE TOWNSHIP, MI 48168 TEL: 248-869-3000 FAX: 248-869-3001 | Trade Payable | | 281,100 |
| 15 | INTERTEK TESTING SERVICES NA, INC. | ATTN: WOLFHART G HAUSER, CEO 25 SAVILLE ROW LONDON, W1S 2ES UNITED KINGDOM TEL: 011-44-20-739-63400 FAX: 011-44-20-739-63480 EMAIL: WOLFHART.HAUSER@INTERTEK.COM | Trade Payable | | 276,018 |

| 16 | MEGTEC SYSTEMS INC | ATTN: MOHIT UBEROI, PRESIDENT 830 PROSPER ROAD DEPERE, WI 54115-5030 TEL: 920-336-5715 FAX: 920-336-3404 | Trade Payable | | 275,592 |
| 17 | DAEWOO INTERNATIONAL (AMERICA) INC | ATTN: HONG-JEY JHUN, PRESIDENT 85 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660-2114 TEL: 201-229-4500 FAX: 201-229-4538 | Trade Payable | | 265,878 |
| 18 | EXCEL PATTERN WORKS, INC. | ATTN: ROLAND GAUVIN, PRESIDENT 7020 CHASE ROAD DEARBORN, MI 48126 TEL: 313-581-0180 FAX: 313-581-0180 EMAIL: RGAUVIN@EXCELPATTERN.COM | Trade Payable | | 239,820 |
| 19 | ELEMENT MATERIALS TECHNOLOGY | ATTN: CHARLES NOALL, PRESIDENT & CEO 15814 CORPORATE CIRCLE JUPITER, FL 33478 TEL: 561-776-7339 FAX: 561-776-7344 | Trade Payable | | 226,348 |
| 20 | BAE SYSTEMS CONTROLS INC | ATTN: LINDA P. HUDSON, PRESIDENT & CEO 1101 WILSON BLVD., STE 2000 ARLINGTON, VA 22209-2444 TEL: 703-312-6100 FAX: 703-312-6111 EMAIL: LINDA.HUDSON@BAESYSTEMS.COM | Trade Payable | | 216,900 |
| 21 | UPS SUPPLY CHAIN SOLUTIONS, INC | ATTN: D. SCOTT DAVIS, CHAIRMAN & CEO 55 GLENLAKE PARKWAY, N.E. ATLANTA, GA 30328 TEL: 404-828-6000 FAX: 404-828-7666 | Trade Payable | | 188,901 |
| 22 | LARSEN & TOUBRO LIMITED | ATTN: KRISHNAMURTHI VENKATARAMANAN, CEO L&T HOUSE, BALLARD ESTATE PO BOX 278 MUMBAI, 400-001 INDIA TEL: 800-209-4545 FAX: 011-91-22-67525893 | Trade Payable | | 187,402 |
| 23 | MPS GROUP INC | ATTN: EDWARD L. SCHWARTZ, PRESIDENT & CEO 38755 HILLS TECH DRIVE FARMINGTON HILLS, MI 48331 TEL: 313-841-7588 FAX: 313-843-1471 | Trade Payable | | 169,629 |

| 24 | CONOCOPHILLIPS SPECIALTY PRODUCTS INC. (CSPI) | ATTN: GREG C. GARLAND, CEO PINNACLE WESTCHASE BUILDING 3010 BRIARPARK DRIVE HOUSTON, TX 77042 TEL: 281-293-6600 FAX: 302-636-5454 EMAIL: GREG.GARLAND@P66.COM | Trade Payable | | 166,500 |
|---|---|---|---|---|---|
| 25 | TANFEL INC. | ATTN: GREG LANGE, CEO 300 CARLSBAD VILLAGE DRIVE SUITE 108A #161 CARLSBAD, CA 920008 TEL: 760-720-9632 FAX: 760-7209-706 EMAIL: GLANGE@TANFEL.COM | Trade Payable | | 157,133 |
| 26 | ELCOM CO., LTD | ATTN: JUNJI HADA, PRESIDENT 1-1 FUSHIMI-MACHI 4 CHOME CHUO-KU, OSAKA, 541-8765 JAPAN TEL: 011-81-6-6229-2703 FAX: 011-81-6-622-91456 | Trade Payable | | 145,600 |
| 27 | ALLIED ELECTRONICS, INC. | ATTN: LEE DAVISON, PRESIDENT 7151 JACK NEWELL BLVD. S. FORT WORTH, TX 76118 TEL: 817-595-3500 FAX: 817-595-6444 | Trade Payable | | 128,160 |
| 28 | GRUPO LOGICO | ATTN: MARIO BARBOLLA, CEO 42400 GRAND RIVER AVENUE, STE. 103 NOVI, MI 48375 TEL: 248-669-0478 FAX: 248-669-989 | Trade Payable | | 127,454 |
| 29 | ORACLE AMERICA INC | ATTN: LARRY ELLISON, CEO 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 TEL: 650-506-7000 FAX: 650-506-7114 | Trade Payable | | 125,940 |
| 30 | DTE ENERGY | ATTN: GERARD ANDERSON, PRESIDENT & CEO ONE ENERGY PLAZA DETROIT, MI 48226 TEL: 313-235-4000 FAX: 313-235-6743 EMAIL: ANDERSONG@DTEENERGY.COM | Utility | | 125,038 |

## DECLARATION UNDER PENALTY OF PERJURY

I, David Vieau, on behalf of A123 Securities Corporation, a Delaware corporation, declare under penalty of perjury that I have reviewed the foregoing consolidated list of creditors holding the 30 largest unsecured claims submitted herewith, and that the list is true and correct to the best of my information and belief.

Dated: October 16, 2012

_____
David Vieau
President and CEO

049887-0029

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
In re:                                             :    Chapter 11
                                                   :
A123 Securities Corporation,                       :    Case No. 12-_____ (_____)
                                                   :
               Debtor.                             :    [Tax ID 42-1655388]
-------------------------------------------------- x
```

## CONSOLIDATED LIST OF ALL CREDITORS

A list of the Debtor's creditors in accordance with Fed. R. Bankr. P. 1007(a)(1) has been separately transmitted to the Clerk of the Court.

The list has been prepared on a consolidated basis from the books and records of the Debtor and certain of its affiliates that also commenced chapter 11 cases in this court (the "**Debtors**").[1] The list contains only those creditors whose names and addresses were maintained in the Debtors' databases or were otherwise readily ascertainable by the Debtors prior to the commencement of this case.

Certain of the creditors listed may not hold outstanding claims against any of the Debtors as of the commencement date and, therefore, may not be creditors for purposes of these cases. By submitting the list, the Debtors in no way waive or prejudice their rights to dispute the extent, validity or enforceability of the claims, if any, held by parties identified therein.

The information presented in the list shall not constitute an admission by, nor is it binding upon, the Debtor.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: A123 Systems, Inc. (3876); A123 Securities Corporation (5388); and Grid Storage Holdings LLC (N/A).

049887-0029

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the transmitted list and it is true and correct to the best of my knowledge, information and belief.

Dated: October 16, 2012

David Vieau
President and CEO

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
A123 Securities Corporation,                           :   Case No. 12-_____ (_____)
                                                       :
                Debtor.                                :   [Tax ID 42-1655388]
------------------------------------------------------ x
```

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders.  The list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| NAME | KIND OF INTEREST | PERCENT OWNERSHIP |
|------|------------------|-------------------|
| A123 Systems, Inc. | Common Stock | 100% |

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief

Dated: October 16 , 2012

_____
David Vieau
President and CEO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                      :   Chapter 11
                                            :
A123 Securities Corporation,                :   Case No. 12-_____  (_____)
                                            :
            Debtor.                         :   [Tax ID 42-1655388]
------------------------------------------------------- x
```

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of corporations which own ten percent or more of the Debtor's stock. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| NAME | KIND OF INTEREST | PERCENT OWNERSHIP |
|------|------------------|-------------------|
| A123 Systems, Inc. | Common Stock | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my knowledge, information and belief.

Dated: October 16, 2012

_____
David Vieau
President and CEO